## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ALPINE COUNTY,**

v.

**SOUTH TAHOE PUBLIC UTILITY DISTRICT, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:20−CV−01514−WBS−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/24/2020**

**Keith Holland**
Clerk of Court

ENTERED: **September 24, 2020**

by: /s/ A. Tupolo
Deputy Clerk